| Attorney | Date | Hours | Client | Job | Hourly rate | Total |
|---|---|---|---|---|---|---|
| Leo | 3/16/2020 | 4 | Grullon, Adriano | Intake | 300 | 1200 |
| Leo | 3/23/2020 | 0.25 | Grullon, Adriano | Spoke w/ client - case update | 300 | 75 |
| Leo | 4/15/2020 | 0.25 | Grullon, Adriano | Spoke w/ client re wage calculations | 300 | 75 |
| Leo | 5/12/2020 | 0.25 | Grullon, Adriano | Spoke w/ client - case update | 300 | 75 |
| Leo | 6/24/2020 | 0.25 | Grullon, Adriano | Spoke w/ client - case update | 300 | 75 |
| Leo | 7/23/2020 | 4 | Grullon, Adriano | Drafted complaint + emailed w/ client | 300 | 1200 |
| Leo | 8/4/2020 | 2 | Grullon, Adriano | Complaint | 300 | 600 |
| Leo | 8/5/2020 | 2 | Grullon, Adriano | Finalized & filed Complaint, Summons and Civil Cover Sheet | 300 | 600 |
| Leo | 8/12/2020 | 0.5 | Grullon, Adriano | Put together complaint package for service | 300 | 150 |
| Leo | 8/31/2020 | 0.5 | Grullon, Adriano | Signed stip to extend Ds time to answer + spoke w/ Ds atty | 300 | 150 |
| Leo | 9/15/2020 | 1 | Grullon, Adriano | Pre-mediation conf call + file review | 300 | 300 |
| Leo | 9/29/2020 | 0.5 | Grullon, Adriano | Reviewed Ds Answer | 300 | 150 |
| Rob | 10/22/2020 | 1 | Grullon, Adriano | Filed notice of appearance + file review + spoke w/ client | 300 | 300 |
| Rob | 10/26/2020 | 5 | Grullon, Adriano | Drafted & sent mediation submission | 300 | 1500 |
| Rob | 11/2/2020 | 7 | Grullon, Adriano | Mediation w/ Chaim Book | 300 | 2100 |
| Rob | 11/6/2020 | 3 | Grullon, Adriano | Draft Cheeks mot | 300 | 900 |
| Rob | 11/9/2020 | 1 | Grullon, Adriano | Reviewed & revised settlement agrement | 300 | 300 |

Sheet1

| | | | | | | |
|---|---|---|---|---|---|---|
| Rob | 11/12/2020 | 1 | Grullon, Adriano | Met w/ client - signed settlement papers | 300 | 300 |
| Rob | 11/13/2020 | 2 | Grullon, Adriano | Finalized & filed Cheeks motion & magistrate consent + emailed w/ Ds atty | 300 | 600 |
| | | | 35.5 | | | $10,650.00 |