# AKIN LAW GROUP PLLC

**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel. (212) 825-1400   Fax. (212) 825-1440

| | |
|---|---|
| **ZAFER A. AKIN** | **GULSAH SENOL** |
| **LEPOLD RAIC** | **SIMI BHUTANI** |
| **ROBERT D. SALAMAN** | |
| ------------------------------------ | ---------------------------------------- |

**Via ECF**

January 8, 2021

Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re:**   *Adriano Grullon v. Justin Pharmacy Inc., et al.*
             Case No. 20-CV-6122 (KPF) (OTW)

Dear Judge Wang:

      We represent the Plaintiff Adriano Grullon in the above-referenced matter. We write on behalf of all parties to respectfully request an update on the Joint Cheeks Motion for FLSA Settlement Approval (ECF Doc. No. 15). Settlement payment is conditioned on judicial approval, with the first installmenet check due to be paid on December 31, 2020. The parties are available for a Cheeks hearing on a date and time convenient for the Court.

      Thank you for your time and attention to this matter.

                              Very truly yours,

                              **Akin Law Group PLLC**

                              */s/ Robert D. Salaman*
                              _____
                              Robert D. Salaman

cc:    Pechman Law Group PLLC
       *Attorneys for Defendants*
       (via ECF)